**CHAPIN FITZGERALD & BOTTINI LLP**
Francis A. Bottini, Jr., Esq.  (SBN 175783)
fbottini@cfblawfirm.com
550 West C Street, Suite 2000
San Diego, CA  92101
Telephone:  619.241.4810
Facsimile:   619.955.5318
Attorneys for Plaintiff Douglas J. Campion

**FOLEY & LARDNER LLP**
Jay N. Varon *(Pro Hac Vice)*
jvaron@foley.com
Tammy H. Boggs (SBN 252358)
tboggs@foley.com
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Telephone:  858.847.6700
Facsimile:   858.792.6773
Attorneys for Defendant Old Republic Home Protection Company, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS J. CAMPION, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC HOME PROTECTION COMPANY, INC., a California corporation, and DOES 1–25, Inclusive,<br><br>Defendant. | Case No:  09-CV-0748-JMA (NLS)<br><br>**JOINT MOTION AND STIPULATION FOR DISMISSAL**<br><br>Judge:       Hon. Jan M. Adler |

PLEASE TAKE NOTICE that plaintiff Douglas J. Campion ("Plaintiff"), by his attorneys, Chapin Fitzgerald & Bottini LLP, and defendant Old Republic Home Protection Company, Inc. ("ORHP"), by its attorneys, Foley & Lardner LLP, jointly move the Court and stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of this action as follows:

1. Pursuant to the terms of the parties' Settlement and Release Agreement dated August 23, 2012, this dismissal is with prejudice as to Plaintiff's individual claims and without costs or attorneys' fees to any party.

2. Plaintiff expressly reserves the right to appeal the Court's order denying class certification, the order precluding Plaintiff from pursuing injunctive relief under the UCL claim (Cal. Bus. & Prof. Code section 17200, *et seq*.), and any other order in the case.

3. This dismissal is without prejudice as to any class action claims and representative claims under the UCL.

Dated this 14th day of September, 2012.

CHAPIN FITZGERALD & BOTTINI LLP          FOLEY & LARDNER LLP

/s/ Francis A. Bottini, Jr.              /s/ Tammy H. Boggs
Francis A. Bottini, Jr.                  Tammy H. Boggs

Attorneys for Plaintiff Douglas J. Campion      Attorneys for Defendant Old Republic Home Protection Company, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of the registered users.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 14, 2012.

/s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.