1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS J. CAMPION, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC HOME PROTECTION COMPANY, INC., a California corporation, and DOES 1–25, Inclusive,<br><br>Defendant. | Case No: 09-CV-0748-JMA (NLS)<br><br>**ORDER ON JOINT MOTION FOR DISMISSAL**<br><br>Judge:        Hon. Jan M. Adler |

1  Good cause appearing, the parties' Joint Motion and Stipulation for Dismissal is granted.
2  The action is dismissed as follows:
3  1. With prejudice as to Plaintiff's individual claims and without costs or attorneys'
4  fees to any party.
5  2. Without prejudice as to any class action claims and representative claims under
6  the UCL.
7  The Clerk of Court is instructed to close the case file.
8  IT IS SO ORDERED.
9  Dated: September 14, 2012

Honorable Jan M. Adler
United States Magistrate Judge