# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Douglas J Campion,
*on Behalf of Himself and All Others Similarly Situated*

V.

Old Republic Home Protection Company, Inc., *a California Corporation*; Does 1 - 25, Inclusive

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   09CV0748-JMA-NLS

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the parties' Joint Motion for Dismissal is granted. The action is dismissed as follows: 1. With prejudice as to Plaintiff's individual claims and without costs or attorneys' fees to any party. 2. Without prejudice as to any class action claims and representative claims under.

| September 14, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/A. Finnell-Yepez
(By) Deputy Clerk

ENTERED ON September 14, 2012