CHAPIN FITZGERALD & BOTTINI LLP
    Francis A. Bottini, Esq. (SBN: 175783)
    Keith M. Cochran, Esq. (SBN: 254346)
550 West C Street, Suite 2000
San Diego, California 92101
Tel:  (619) 241-4810
Fax:  (619) 955-5318

Attorneys for Plaintiff Douglas J. Campion

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS J. CAMPION, on Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br>    vs.<br><br>OLD REPUBLIC HOME PROTECTION COMPANY, INC., a California Corporation,<br><br>                Defendant. | Case No.:   09cv748 JMA (NLS)<br><br>**NOTICE OF APPEAL**<br><br>TRIAL JUDGE: JAN M. ADLER |

PLEASE TAKE NOTICE THAT, under 28 U.S.C. § 1291, Plaintiff Douglas J. Campion, on behalf of himself and all others similarly situated, appeals to the United States Court of Appeals for the Ninth Circuit from:

(1) the Order Denying Plaintiff's Motion for Leave to Amend entered July 7, 2010 (Dkt. No. 42);

(2) the Order Denying Plaintiff's Motion for Class Certification and Defendant's Motion to Strike entered January 6, 2011 (Dkt. No. 56);

(3) the Order Denying Plaintiff's Motion for Reconsideration, or, in the Alternative, Request for Clarification entered May 20, 2011 (Dkt. No. 64);

(4) the Order Denying Plaintiff's Ex Parte Application for F.R.C.P. 56(d) Continuance of Defendant's Motion for Summary Judgment entered November 17, 2011 (Dkt. No. 83);

(5) the Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Leave to File the First Amended Class Action Complaint entered March 23, 2012 (Dkt. No. 93);

(6) the Order Denying Plaintiff's Motion to Remand entered June 22, 2012 (Dkt. No. 101); and

(7) the Judgment in a Civil Case entered September 14, 2012 (Dkt. No. 107).

In compliance with Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2, Mr. Campion submits the attached Representation Statement.

DATED: September 28, 2012                    CHAPIN FITZGERALD & BOTTINI LLP

By: /s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr. Esq.
Keith M. Cochran, Esq.
Attorneys for Plaintiff
Douglas J. Campion